IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATASHA COLLINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHUTTERED VENUES | : | |
| OPERATIONS GRANT, ET AL. | : | NO. 22-1310 |

## ORDER

**AND NOW**, this 28th day of August, 2023, upon consideration of Defendants' "Motion to Dismiss Plaintiff's Amended Complaint" (Docket No. 23), to which Plaintiff has failed to file a response, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that the Second Amended Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall close this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.