IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATASHA COLLINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SHUTTERED VENUES | : | |
| OPERATIONS GRANT, ET AL. | : | NO. 22-1310 |

## ORDER

**AND NOW**, this 4th day of January, 2024, upon consideration of Defendants' "Motion to Reopen and Renewed Motion to Dismiss Plaintiff's Second Amended Complaint" (Docket No. 26), to which Plaintiff has failed to file a response, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1.    Defendant's request, pursuant to Federal Rule of Civil Procedure 60(b), that we vacate our August 28, 2023 Order dismissing this action is **GRANTED**; the August 28, 2023 Order (Docket No. 25) is **VACATED**, and this proceeding is **REOPENED** for the purpose of considering this Motion.

2.    Defendant's request that we dismiss the Second Amended Complaint for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.   **IT IS FURTHER ORDERED** that the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.  The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.